IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROLAND F. GUY                                                                                          PLAINTIFF

v.                                            Case No. 6:23-cv-06089

CORPORAL JACOB ROSS,
JUSTIN HUNTER, Sgt., Ouachita
River Unit, ADC; NICHOLAS
KILLIAN, Sgt., Ouachita River Unit, ADC;
and ZORN TURNER                                                                              DEFENDANTS

# ORDER

Before the Court is a Report and Recommendation filed January 6, 2025, by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 54). Judge Comstock recommends that Defendants Corporal Jacob Ross, Justin Hunter, and Zorn Turner's (together, "ADC Defendants") Partial Motion for Summary Judgment be granted and Plaintiff's failure to protect claim against the ADC Defendants be dismissed with prejudice. Judge Comstock also recommends that Defendant Zorn Turner ("Defendant Turner") be terminated as a defendant in this case.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 54) *in toto*. Accordingly, the ADC Defendants' Partial Motion for Summary Judgment (ECF No. 42) should be and hereby is **GRANTED**. Plaintiff's failure to protect claim against the ADC Defendants is **DISMISSED WITH PREJUDICE**. Further, Defendant Turner is hereby

**TERMINATED** as a defendant in this case.[1]  Plaintiff's denial of medical care claim against the ADC Defendants will remain for further review.

      **IT IS SO ORDERED**, this 11th day of March, 2025.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                Chief United States District Judge

---

[1] Plaintiff only brings a claim for failure to protect against Defendant Turner, who is a private actor.  "Private actors may incur section 1983 liability only if they are willing participants in a joint action with public servants acting under color of state law."  *Johnson v. Outboard Marine Corp.*, 172 F.3d 531, 536 (8th Cir. 1999) (holding that because "the plaintiffs have failed to establish that a state actor violated their rights under the Constitution or laws of the United States, their claims against the private actors must also fail.") (citing *Miller v. Compton*, 122 F.3d 1094, 1098 (8th Cir. 1997)).  The Court is granting partial summary judgment in favor of the ADC Defendants on the section 1983 failure to protect claim.  Thus, Plaintiff has failed to establish that a state actor violated his rights and therefore his section 1983 claim against Defendant Turner must fail.