IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROLAND F. GUY                                                                                           PLAINTIFF

v.                                          Case No. 6:23-cv-06089

CORPORAL JACOB ROSS,
JUSTIN HUNTER, Sgt., Ouachita
River Unit, ADC; and NICHOLAS
KILLIAN, Sgt., Ouachita River Unit, ADC                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed June 3, 2025, by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 71). Judge Comstock recommends Plaintiff's Amended Complaint (ECF No. 10) be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and for failure to prosecute this case. (ECF No. 71, at 3).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 71) *in toto*. Accordingly, the Court finds that Plaintiff's Amended Complaint (ECF No. 10) should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Local Rules and Orders and for failure to prosecute this case.

**IT IS SO ORDERED**, this 30th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge